915 A.2d 626

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Willie Maurice HARRIS, a/k/a Maurice Harris, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 14, 2005.

Decided Feb. 20, 2007.

Thomas N. Farrell, Esq., Farrell & Kozlowski, Pittsburgh, for Willie Maurice Harris.

Michael Wayne Streily, Esq., Margaret Kathleen Barker, Esq., Allegheny County District Attorney's Office, for Commonwealth of Pennsylvania.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

630

**ORDER**

PER CURIAM.

**AND NOW,** this 20th day of February, 2007, the appeal is dismissed as having been improvidently granted.

Former Justices NIGRO and NEWMAN did not participate in the decision of this case.